IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00086-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDGAR NAVARRO,
2. MANUEL MARTINEZ-DIAZ,
3. EDUARDO JIMENEZ-CORTEZ,
4. ALBERTO QUIROZ-CHAVEZ,
5. LUCIO VASQUEZ,
6. OSCAR MONTANO,

    Defendants.

_____

**ORDER**
_____

This matter comes before the Court on the Stipulated Proposed Motions Schedule [Docket No. 102]. Good cause appearing, it is

ORDERED that the Court adopts the following filing deadlines for motions:

| Type of Motion | Filing Deadline | Response Deadline |
| --- | --- | --- |
| Discovery motions and motions challenging the face of the indictment | August 1, 2011 | August 15, 2011 |
| Wiretap motions other than challenges to the execution of the wiretap or requests for *Franks* hearings | September 5, 2011 | September 19, 2011 |
| All other pretrial motions, including suppression motions | September 19, 2011 | October 3, 2011 |

It is further ORDERED that status conferences are set for **September 2, 2011 at 9:00 a.m.** and **October 21, 2011 at 1:30 p.m.** in Courtroom A701 before Judge Philip A. Brimmer.

DATED June 3, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge
